# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

**Plaintiff(s) or Petitioner(s)**

Names: Toll Brothers, Inc.                                             25-922 C

Location of Plaintiff(s)/Petitioner(s) (city/state): 1140 Virginia Drive, Fort Washington, PA 1903

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Ambrose Mitchell G. Bailey
    Firm Name: Reed Smith LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1301 K Street N.W.
City-State-ZIP: Washington, D.C. 20005-3373
Telephone Number: (202) 414-9381
E-mail Address: mbailey@reedsmith.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes  ☐ No

---

Nature of Suit Code: 528                    Agency Identification Code: O
Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 3

Amount Claimed: $ 657,000
                Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?                    ☐ Yes  ☐ No
    Was this action proceeded by the filing of a     ☐ Yes  ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   ☐ Yes  ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193